UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01896-BLF<br><br>**SUA SPONTE JUDICIAL REFERENCE FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>[Re:  ECF 9] |

On September 11, 2015, the parties consented to proceed before Magistrate Judge Howard R. Lloyd.  However, Judge Lloyd is not the assigned magistrate judge for the above captioned case.  Accordingly, in accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Lloyd to determine whether it is related to *Sierra Club v. Lehigh Southwest Cement Company and Hanson Permanente Cement, Inc.*, Case No. 5:11-cv-0392-HRL.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge